HAMMEL, RIGLANDER & CO., INC. *v.* UNITED STATES

No. 4492.—Invoices dated Strasbourg, France, February 22, 1937, etc.
Certified February 23, 1937, etc.
Entered at New York March 20, 1937, etc.
Entry No. 840953, etc.

(Decided January 12, 1939)

*Lane & Wallace* for the plaintiff.
*Webster J. Oliver*, Assistant Attorney General (*Daniel I. Auster*, special attorney), for the defendant.

SULLIVAN, Judge: The appeals to reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision by counsel upon a stipulation incorporating the record in *United States* v. *Hammel, Riglander & Co., Inc.*, Reap. Dec. 4431.

On the agreed facts, I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, is the proper basis for the determination of the value of the merchandise here involved, and that such values are the invoice unit values, plus packing. Judgment will be rendered accordingly.

JANUARY 12, 1939

No. 4493.—
—*United States* v. *A. L. Tuska Son & Co., Inc.* Entered at New York. Reap. Dec. 4468. Motion by appellant.